UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KARYN WITTE, individually and on behalf of all others similarly situated,

        Plaintiff(s),

v.

THE MEDILODGE GROUP, INC.

        Defendant(s).
_____/

Case No. 1:23-cv-10461-TLL-PTM

Hon. Thomas L. Ludington

Mag. Judge Patricia T. Morris

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **The Medilodge Group, Inc.**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: September 7, 2023

/s/ Jeremy D. Smith

Ohio Bar 0088539
Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200 PH
(513) 977-8141 FAX
jeremy.smith@dinsmore.com