UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KARYN WITTE, Individually and
On behalf of all others similarly situated,

      Plaintiff,                        Case No. 1:23-cv-10461

v.                                              Honorable Thomas L. Ludington
                                                      United States District Judge

THE MEDILODGE GROUP, INC.,

      Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On June 14, 2024, the Parties filed a stipulation to dismiss the above captioned case without prejudice. ECF No. 42. Having reviewed the Parties' Stipulation, and this Court being otherwise fully advised in the premises:

It is **ORDERED** that the joint Stipulation of Dismissal is **GRANTED**.

Further, it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and without cost to any party.

**This is a final order and closes the above-captioned case.**

Dated: July 10, 2024                                      <u>s/Thomas L. Ludington</u>
                                                             THOMAS L. LUDINGTON
                                                             United States District Judge